UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-80974-CIV-DIMITROULEAS

PNCEF, LLC, d/b/a PNC AVIATION
FINANCE, formerly known as National City
Commercial Capital Company, LLC successor
by merger to National City Commercial Capital
Corporation,

      Plaintiff,

v.

                                            Magistrate Judge Snow

HIGHLANDER ENTERPRISES, LLC, a
Deleware limited liability company; THOMAS
M. DOWNS, an individual,

      Defendants.

_____/

## ORDER REQUIRING PROPOSED WRIT

THIS CAUSE is before the Court upon the Defendant's Notice of Non-Opposition to

Plaintiff's Motion for Prejudgment Replevin [DE 33], filed on January 7, 2010.  The Court has

carefully considered the Notice, and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.      Plaintiff's Motion for Prejudgment Replevin [DE 14] is hereby **GRANTED**;

2.      Plaintiff is required to submit a proposed Writ of Replevin on or before Tuesday, January

12, 2010.  Defendants must file any objections to the proposed writ on or before Wednesday,

January 13, 2010.  If the parties are able to agree on a joint proposed Writ of Replevin, they may

file it on or before Wednesday, January 13, 2010.

3.      Defendant's Motion to Strike Plaintiff's Reply and All Attachments Thereto [DE 24] is

hereby **DENIED as moot**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this

8th day of January, 2010.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record